AO91 (Rev. 12/03) Criminal Complaint                                                             AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**                     **CRIMINAL COMPLAINT**
vs.
                                                  Case Number: 1:19-po-476
Wiliam LOPEZ-Bartolon
A201 707 598  Mexico

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 15, 2019__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) being then and there an alien, did, willfully, knowingly and unlawfully enter the United States at a time or place other than designated by an Immigration Officer,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

The defendant was apprehended in Brownsville, Texas on January 15, 2019. The defendant is a citizen of Mexico who entered the United States illegally by wading across the Rio Grande River near Brownsville, Texas on January 15, 2019 thus avoiding immigration inspection.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:  ☐ Yes  ☒ No

/S/ Quintanilla, Adalberto  Border Patrol Agent
Signature of Complainant

Quintanilla, Adalberto    Border Patrol Agent
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 16, 2019                                                    at    Brownsville, Texas
Date                                                                      City/State

Ronald Morgan            U.S. Magistrate Judge
Name of Judge            Title of Judge                                    Signature of Judge